

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17cv01422
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2017

JEFFREY P. COLWELL
CLERK

Erik T. Robinson                               , Plaintiff,

v.

Transunion                                     ,

Equifax                                        , Defendant(s).

## COMPLAINT WITH DEMAND FOR JURY TRIAL

### PARTIES

1. Plaintiff   Erik T. Robinson   is a citizen of Colorado
   who presently resides at the following address:
   By General Delivery, Telluride, CO 81435

2. Defendant   Transunion   is a citizen of Illinois
   who live(s) at or is/are located at the following address:
   555 W. Adams Ave., Chicago, IL 60661

3. Defendant   Equifax   is a citizen of Georgia
   who live(s) at or is/are located at the following address:
   1550 Peachtree Street N.W., Atlanta, GA 30309
   (Attach a separate page, if necessary, to list additional parties.)

### JURISDICTION

4- Jurisdiction is asserted pursuant to following statutory authorities:   15 USC § 1681p

(Rev. 07/06)

5-      Briefly state the background of your case:

6-      For some time Plaintiff has been receiving phone calls from an alleged debt collector trying to collect an alleged debt. The information this party has is extensive. As an example, they often also call plaintiff's father and brother, likely due to them being attached to the same addresses at various times.

7-      This information is likely only available on a credit report, so in March of 2017 Plaintiff started to try and find out who these persons are in order to initiate civil and possible criminal actions against them.

8-      In order to assist this effort, the Plaintiff attempted to get his credit reports from the three major consumer reporting agencies: Transunion, Equifax and Experian.

9-      Plaintiff went to the online website for the free credit reports and was denied by all three of the above cited agencies that participate in this government sponsored service.

10-     In March of 2017 Plaintiff mailed out a written request for his reports using the standard form along with copies of his current driver's license, social security card and passport. (see Attached-A : copy of form sent)

11-     Experian promptly replied before the end of March with a letter that included a passcode allowing him to access a copy of his report online from the Experian website, which Plaintiff did. Based on what he saw, Plaintiff was more anxious than ever to identify the debt collector and needed the other reports to assist in doing so.

12-     By mid-April Equifax and Transunion both replied with letters stating that they wanted more forms of identification. (see Attached-B copies of letters received from both defendants)

(Rev. 07/06)

13- On May 1st, 2017 Plaintiff mailed reply letters and copies of his identifications to both of the defendants. Just like the first set sent with the application, these IDs included, in color copy, copies of: a valid driver's license, social security card, passport and birth certificate. The letter itself also explains that the purpose of making the inquiries was because of possible unlawful debt collection activity, which was possibly present on Plaintiff's Experian report, which of course mandates checking the other major reports. (see Attached-C, copies of letters and ID copies sent to defendants)

14- These reply letters and copies of IDs, just like the first set mailed (Supra- Para-9) more than comply with the requirements of the Federal Trade Commission, which oversees consumer financial reporting and debt collection laws. The requirements are displayed on their website:

*"You're entitled to one free copy of your credit report every 12 months from each of the three nationwide credit reporting companies. Order online from annualcreditreport.com, the only authorized website for free credit reports, or call 1-877-322-8228. You will need to provide your name, address, social security number, and date of birth to verify your identity."*
(see https://www.ftc.gov/faq/consumer-protection/get-my-free-credit-report)

15- On May 16th, 2017 Plaintiff went to the local Post Office to receive his mail, which he gets by General Delivery (there is no home mail service in the Telluride/Mountain Village area.) and received the responses from both Equifax and Transunion. (see Attached-D copies of responses from both defendants)

16- A side-by-side comparison of the letters from both defendants in April and May demonstrates they are virtually identical.

17- Transunion's response in May did have one addition that the first letter did not, a phone number. In paragraph-6 of that letter there is the phone number of 1-800-916-8800. It is included in the statement that states:

(Rev. 07/06)

> *"In lieu of sending us the qualifying documents you may call us at 1-800-916-8800 during normal business hours; to go through a verbal authentication process"*

18- On May 17th, 2017 Plaintiff called the phone number to try and get his Transunion report. As stated above, he would not be required to submit more documents. However, the phone number put Plaintiff through to a person who simply reiterated the forms of identification wrongfully demanded and refused to send Plaintiff his credit report as required by law and promised in their letter.

### FIRST CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)
**Violation of 15 USC §1681j: Charges for Certain Disclosures.**

19- The foregoing allegations are restated and incorporated herein by reference as if fully set forth.

20- Despite repeated fully lawful requests by the Plaintiff, which included more than sufficient forms of identification to comply with the requirements of the FTC for disclosing credit reports, Defendants have both failed to give Plaintiff a copy of his personal credit report, thereby violating 15 USC §1681j.

21- Plaintiff is entitled to damages and costs per 15 USC §1681n.

### SECOND CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)
**Violation of 15 USC § 1681g: Disclosures to Consumers**

22- The foregoing allegations are restated and incorporated herein by reference as if fully set forth.

23- Defendant Transunion failed to provide an 800-number to call on the first reply received in mid-April. Defendant Equifax failed to provide a phone number of any kind to Plaintiff in

either of their two responses. This violates 1681g(c)(2)(B) which requires an 800 number, and furthermore, has caused further delays in accessing credit reports to see if there are the same problems Plaintiff saw on his Experian report.

24- Plaintiff is entitled to damages and costs per 15 USC §1681n.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

A- Declaratory Judgment that Defendant's actions violated the Fair Credit Reporting Act; 15 USC §1681(a)(1)(A)

B- Statutory damages of $1,000 per defendant for a total of $2,000 pursuant to 15 USC §1681n(a)(1)(A)

C- Punitive Damages of $9,000 per defendant for a total of $18,000 pursuant to 15 USC § 1681n(a)(2)

D- All costs associated with bringing this action pursuant to 15 USC § 1681n(a)(3)

E- An order that Defendants provide Plaintiff with copies of his credit reports.

## JURY TRIAL DEMAND

Pursuant to both Rule 38 of the Federal Rules of Civil Procedure, as well as the 7th Amendment of the United States Constitution, Plaintiff respectfully demands a jury trial for all claims of relief made in this complaint.

Respectfully Submitted,

Date: June 22nd, 2017

_(Plaintiff's Original Signature)_

General Delivery
(Street Address)

Telluride, CO 81435
(City, State, Zip)

215-519-6589
(Telephone Number)

(Rev. 07/06)



Rec'd
USDC-GJ
6-27-17
noon
ATB

US District Court Ave #309
400 Rood Aspinal Courthouse
Grand Junction, CO 81501

Attn: Cows Clerk

Erik Robinson
General Delivery
Telluride, CO 81435

U.S. POSTAGE PAID
TELLURIDE, CO
81435
JUN 24, 17
AMOUNT $1.40
R2304W121.452-08